*EXH. A*

## Regular Inquiries

Regular Inquiries are posted when someone accesses your credit information from TransUnion. The presence of an inquiry means that the company listed received your credit information on the dates specified. These inquiries will remain on your credit file for up to 2 years.

**BARCLAYS BANK DELAWARE**
PO BOX 8803
WILMINGTON, DE 19899
(866) 370-5931

Requested On: 12/22/2012
Inquiry Type: Individual

**CAPITAL ONE BANK USA NA**
PO BOX 30281
SALT LAKE CITY, UT 84130
(800) 955-7070

Requested On: 06/08/2011
Inquiry Type: Individual

## Promotional Inquiries

The companies listed below received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.

**TUNICA BILOXI TRIBE OF LA**
164 YURONI TRAIL
MARKSVILLE, LA 71351
(877) 836-1518

Requested On: 01/31/2013

**THE TRAVELERS COMPANIES**
1 TOWER SQ
18CP
HARTFORD, CT 06183-0001
(866) 240-2682

Requested On: 11/15/2012

**BARCLAYS BANK DELAWARE**
POB 8803
WILMINGTON, DE 19899
(866) 370-5931

Requested On: 10/18/2012, 09/26/2012, 08/30/2012, 07/25/2012, 06/27/2012

**THE HARTFORD**
8 FARM SPRINGS RD
FARMINGTON, CT 06032-2526
Phone number not available

Requested On: 10/15/2012

**AMICA INSURANCE**
POB 6008
PROVIDENCE, RI 02940
Phone number not available

Requested On: 09/15/2012

**GE MONEY**
4246 SOUTH RIVERBOAT RD
SALT LAKE CITY, UT 84123
Phone number not available

Requested On: 08/29/2012, 06/27/2012

**FIRST PREMIER**
3820 N LOUISE AVE
SIOUX FALLS, SD 57107-0145
(800) 584-7097

Requested On: 07/13/2012

**CAPITAL ONE AUTO FINANCE**
3901 DALLAS PKWY
PLANO, TX 75093-7864
(972) 247-0777

Requested On: 06/26/2012

## Account Review Inquiries

The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

**BARCLAYS BANK DELAWARE**
POB 8803
WILMINGTON, DE 19899
(866) 370-5931

Requested On: 01/25/2013

**SELENE FINANCE LP via SELENE FINANCE**
9990 RICHMOND
SUITE 400
HOUSTON, TX 77042
Phone number not available

Requested On: 10/31/2012
Permissible Purpose: ACCOUNT REVIEW

**NATIONWIDE OLB M-NC**
ONE NATIONWIDE PLA
01-17-201
COLUMBUS, OH 43215
(800) 882-2822

Requested On: 09/15/2011
Permissible Purpose: INSURANCE UNDERWRITING

Case 5:14-cv-00899-BO   Document 1-2   Filed 12/30/14   Page 1 of 1