4/24/13

English   Customer Service



Quick Tools

Track & Confirm

GET EMAIL UPDATES   PRINT DETAILS

# U.S. Postal Service
## CERTIFIED MAIL RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: SELENE FINANCE
Street, Apt. No.; or PO Box No.: 9990 RICHMOND AV., STE. 400
City, State, ZIP+4: HOUSTON, TX 77042

PS Form 3800, August 2006   See Reverse for Instructions

Register / Sign In

Search USPS.com or Track Packages

Shop   Business Solutions

EXH. B

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| | First-Class Mail® | Delivered | April 11, 2013, 11:04 am | HOUSTON, TX 77042 | Expected Delivery By: April 12, 2013<br>Certified Mail™<br>Return Receipt |
| | | Depart USPS Sort Facility | April 11, 2013 | HOUSTON, TX 77201 | |
| | | Processed through USPS Sort Facility | April 11, 2013, 1:27 am | HOUSTON, TX 77201 | |
| | | Depart USPS Sort Facility | April 10, 2013 | RALEIGH, NC 27676 | |
| | | Processed at USPS Origin Sort Facility | April 9, 2013, 10:32 pm | RALEIGH, NC 27676 | |
| | | Dispatched to Sort Facility | April 9, 2013, 3:22 pm | RALEIGH, NC 27610 | |
| | | Acceptance | April 9, 2013, 12:05 pm | RALEIGH, NC 27610 | |

## Check on Another Item

What's your label (or receipt) number?

Find

LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

ON USPS.COM
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

ON ABOUT.USPS.COM
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

OTHER USPS SITES
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›