Gustavo Romanello

5317 Cottage Bluff Ln.

Knightdale, NC 27545

tangogaucho@gmail.com


Selene Finance, LP

Legal Dept.

9990 Richmond Ave., Ste. 400

Houston, TX 77042

[Certified Mail Receipt – Sent To: SELENE FINANCE LP, LEGAL DEPT., 9990 RICHMOND AVE, STE. 400, HOUSTON, TX 77042]

NOTICE OF PENDING LITIGATION

To Whom It May Concern:

This is being sent prior to filing suit, as an opportunity to amicably cure Selene Finance violation of the Fair Credit Reporting Act, 15 U.S.C. sec. 1681 et seq.

I am willing to settle this matter amicably without having to file suit and am giving you seven days from receipt of this letter to take the opportunity to do so. If Selene Finance chooses not to settle the matters at hand, then I'll have no choice but to file suit and seek my remedy in Federal Court, raising your costs considerably.

Don't make the mistake of ignoring this second letter now, like you ignored the first one, it won't look good before the judge or the jury.

I can be reached via email only at: tangogaucho@gmail.com


Respectfully,

Gustavo Romanello