

9990 Richmond Avenue
Suite 400 South
Houston, TX 77042
Telephone (877) 768-3759
www.selenefinance.com

Hours of Operation (CT)
Monday – Thursday: 8 a.m. - 7 p.m.
Friday: 8 a.m. – 5 p.m.

April 2, 2014

Gustavo Romanello
5317 Cottage Bluff Lane
Knightdale, NC 27545

VIA EMAIL

Re:   Credit Reporting

Dear Mr. Romanello:

Selene Finance LP ("Selene") received your correspondence notifying us of pending litigation.

Please be advised, Selene has no record of servicing a loan for a borrower by the name of Gustavo Romanello, and we are, therefore, unable to provide any information due to no active or past loan accounts with Selene.

If we may be of further assistance, please feel free to call our Loan Resolution Department.

Sincerely,

Rebecca Braeutigam
Customer Service Specialist
Selene Finance LP

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

If you received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property. Also, if you are involved in a bankruptcy please note that Selene Finance LP intends to fully comply with the Code including, without limitation, the automatic stay and the provisions of any confirmed bankruptcy plan.

**Attention Servicemembers and Dependents:** The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, unless pursuant either to a court order or a servicemember's written waiver agreement.