IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 5:14-CV-899-BO

Gustavo Romanello )
Plaintiff(s), )
)
vs )
)
Selene Finance, LP )
Defendant(s). )

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

| Selene Finance LP | who is | Defendant |,
| (name of party) | | (plaintiff/defendant/other: _____ ) |

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   YES ◯    NO ⬤

2. Does party have any parent corporations?

   YES ⬤    NO ◯

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:
Selene Ventures GP LLC & Selene Ventures LLC (parent);
Selene Holdings LLC (grandparent)

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   YES ◯    NO ⬤

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

YES ☐   NO ☑

If yes, identify entity and nature of interest:

5. Is party a trade association?

YES ☐   NO ☑

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

Signature: /s/ James R. White

Date: 1/07/2015

[Finalize Form]  [Reset Form]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO.: 5:14-CV-899-BO

| | |
|---|---|
| GUSTAVO ROMANELLO, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) |
| | ) |
| SELENE FINANCE, LP | ) |
| | ) |
| DEFENDANT. | ) |

## CERTIFICATE OF SERVICE

I, James R. White, attorney for Defendant, Selene Finance LP, hereby certify that I have this day filed the foregoing **Disclosure of Corporate Affiliations and Other Entities with a Direct Financial Interest in Litigation** electronically with the Clerk of Court using the CM/ECF system, and that I have mailed a copy of the foregoing upon the other party to this action by placing said copy in a postage prepaid envelope, and depositing the same into the care and custody of the United States Postal Service, first class mail, addressed as follows:

Gustavo Romanello
5317 Cottage Bluff Lane
Knightdale, NC 27545

This the 7th day of January, 2015.

/s/ James R. White
James R. White
N.C. State Bar No.: 29508
*Attorney for all the Defendants*
THE LAW OFFICE OF JOHN T. BENJAMIN, JR., P.A.
1115 Hillsborough Street
Raleigh, NC 27603
T: (919) 755-0060
F: (919) 755-0069
white@lawjtb.com