UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO.: 5:14-CV-899-BO

| | |
|---|---|
| GUSTAVO ROMANELLO, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) |
| | ) |
| SELENE FINANCE, LP | ) |
| | ) |
| DEFENDANT. | ) |

### (Proposed) ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

This matter came on for determination on the Motion of the Defendant, Selene Finance LP, for an Extension of Time within which to file an answer or otherwise respond to the Plaintiff's Complaint. The Court finds good cause for the granting of the motion.

**IT IS HEREBY ORDERED** that Defendant's time for filing an answer or otherwise respond to Plaintiff's Complaint in this action is hereby extended up to and including February 10, 2015.

_____